1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| BRENDA DUDICS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. C10-5501-TSZ |
| | ) | |
| v. | ) | **ORDER REVERSING AND** |
| | ) | **REMANDING CASE FOR** |
| MICHAEL ASTRUE, Commissioner of the | ) | **FURTHER PROCEEDINGS** |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A.

Tsuchida, United States Magistrate Judge, docket no. 24, to which no objection was filed, and the

balance of the record, does hereby find and **ORDER**:

> (1)     The Court adopts the Report and Recommendation.
>
> (2)     The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the
>
>         Social Security Administration for further proceedings consistent with the Report
>
>         and Recommendation.
>
> (3)     The Clerk is directed to send copies of this Order to the parties and to Judge
>
>         Tsuchida.

DATED this 11th day of March, 2011.

Thomas S. Zilly
United States District Judge

ORDER - 1